**William Howard MILES, Plaintiff–Appellant,**

v.

**Jack KAVANAGH, Warden; Ernest Potee, Corporal, Correctional Officer II; Terrance Estep, Corporal, Correctional Officer II; Eric A. Nelson, Sergeant; Linda Bethea, Lieutenant; Dennis Dusing, Hearing Adjustment Officer, Defendants–Appellees,**

and

**Charles M. Kimbrow, R.N., License No. R048407, M.C.A.C., in their individual capacity, Defendant.**

No. 00–7033.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

William Howard Miles, pro se. John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

. PER CURIAM.

William Howard Miles appeals the district court's order denying relief on his 42

---

U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Miles v. Kavanagh,* No. CA–99–1084–MJG (D.Md. July 7, 2000). We deny Miles' pending motions to compel, for an injunction, and to reconsider. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*